DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JERMAINE L. WILLIAMSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-1695

[February 8, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Robert Meadows, Judge; L.T. Case No. 312016CF001460A.

Jermaine L. Williamson, Madison, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and KUNTZ, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***